SEALED

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) Mag. Case No. 2:16-mj-000226-NJK |
| CRIMINAL COMPLAINT AND AFFIDAVIT IN | ) |
| UNITED STATES OF AMERICA (Plaintiff) | ) |
| vs. | ) |
| SEAN CHRISTOPHER SLADEK (Defendant) | ) |

## SEALING ORDER

Based on the pending Application of the Government, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Affidavit, together with the Court's Order, in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 31st day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE