# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff(s),

vs.

SEAN CHRISTOPHER SLADEK,

        Defendant(s).

CASE NO. 2:16-cr-00116-JAD-NJK-1

## SUBSTITUTION OF ATTORNEY

Sean Christopher Sladek (Name of Party) (~~Plaintiff~~) (Defendant) hereby substitutes

Richard A. Wright (New Attorney)

(Address): 300 S. Fourth Street, Suite 701, Las Vegas, Nevada 89101

(Telephone): 702-382-4004, as attorney of record in place and stead of: Paul Riddle (Present Attorney)

DATED: 6/9/2016

(Signature of Party)

I consent to the above substitution.

DATED: 6/7/2016

(Signature of Present Attorney)

. . .

. . .

. . .

1

6/95

1  I am duly admitted to practice in this District.
2  Above substitution accepted.
3  DATED: 6/13/16                          _____
                                            (Signature of New Attorney)
4
5  Please check one: ____ RETAINED, or ____ APPOINTED BY THE COURT
6
7                                   APPROVED:
8
9  DATED: June 13, 2016              _____
10                                    UNITED STATES MAGISTRATE JUDGE

2

6/95