# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00116-JAD-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| SEAN CHRISTOPHER SLADEK, | |
| Defendant(s). | |

Pending before the Court is a stipulation for a protective order. *See* Docket No. 39. The Court hereby **SETS** a hearing on the stipulation for 9:15 a.m. on June 30, 2016, in Courtroom 3D. All counsel shall be prepared to discuss the applicable legal standards and why those standards are met here. In addition, the assigned Assistant United States Attorney shall be prepared to explain (1) how her intent to provide unredacted copies of discovery to Defendant comports with her prior position that he is such a danger to the community that he must be detained pending trial and (2) why redacting documents would result in delaying discovery, given that it appears the Government has already had ample time to redact the documents.

IT IS SO ORDERED.

DATED: June 24, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge