1  RICHARD A. WRIGHT, ESQUIRE
   Nevada Bar No. 886
2  WRIGHT STANISH & WINCKLER
   300 S. Fourth Street
3  Suite 701
   Las Vegas, NV 89101
4  Phone: (702) 382-4004
   Fax: (702-382-4800
5  Email: rick@wswlawlv.com
   Attorneys for Sean Christopher Sladek

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> vs. ) <br> SEAN CHRISTOPHER SLADEK, ) <br> Defendant. ) | CASE NO. 2:16-CR-000116-JAD-NJK <br><br> **STIPULATION TO CONTINUE SENTENCING** |

IT IS HEREBY STIPULATED AND AGREED, by and between STEVEN W. MYHRE, Acting United States Attorney, and JARED L. GRIMMER, Assistant United States Attorney, counsel for the United States of America, and RICHARD A. WRIGHT, ESQUIRE, Wright Stanish & Winckler, counsel for Defendant SEAN CHRISTOPHER SLADEK, that the sentencing currently scheduled for Monday, August 14, 2017, at the hour of 10:00 a.m., be vacated and set to a date and time convenient to this court but no sooner September 25, 2017.

This stipulation is entered into for the following reasons:

1. Counsel for the Defendant has several scheduling conflicts and the Defendant's mother, who wants to appear for the sentencing, has additional conflicts.

2. The Government anticipates several victims may travel to Las Vegas for the sentencing and counsel for the Government has military duty commitments.

3. Defendant is in custody and does not object to the continuance.

///

4. A date after September 25, 2017 would accommodate all interests.

Dated this 7th day of August, 2017.

Respectfully submitted:

| WRIGHT STANISH & WINCKLER | STEVEN W. MYHRE |
| --- | --- |
| | ACTING UNITED STATES ATTORNEY |
| BY  /s/ Richard A. WRight | BY  /s/ Jared Grimmer |
| RICHARD A. WRIGHT, ESQUIRE | JARED GRIMMER |
| Attorney for Defendant Sladek | Assistant U.S. Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　Plaintiff, )<br>　　　　　　　　　　　　　　　)<br>　vs. )<br>　　　　　　　　　　　　　　　)<br>SEAN CHRISTOPHER SLADEK, )<br>　　　Defendant. )<br>　　　　　　　　　　　　　　　) | CASE NO. 2:16-CR-000116-JAD-NJK<br><br>**ORDER** |

**ORDER**

Based on the Stipulation between Defendant Sean Sladek, through counsel, and the Government, and good cause appearing therefore, the Court hereby orders that sentencing in the above-captioned matter be vacated and continued to October 3, 2017 at the hour of 9:00 a.m.

DATED this 7th day of August, 2017.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT JUDGE