# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-CR-116-JAD-(NJK) |
| Plaintiff, | ) | |
| v. | ) | Final Order of Forfeiture |
| SEAN CHRISTOPHER SLADEK, | ) | |
| Defendant. | ) | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant Sean Christopher Sladek to the criminal offense, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant Sean Christopher Sladek pled guilty. Criminal Indictment, ECF No. 15; Change of Plea, ECF No. 50; Plea Agreement, ECF No. 51; Preliminary Order of Forfeiture, ECF No. 52.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 12, 2017, through June 11, 2017, and August 6, 2017, through September 4, 2017, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF Nos. 56 and 61.

1 | This Court finds the United States of America notified known third parties by personal service, or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Service of Process – Personal Service, ECF No. 57; Notice of Filing Service of Process – Mailing, ECF No. 60.

On June 7, 2017, the United States Marshals Service personally served Melanie Baldonado with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 57, p. 2-9.

On June 7, 2017, the United States Marshals Service personally served Justin Sullivan with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 57, p. 10-17.

On June 1, 2017, the United States Marshals Service personally served Elizabeth DeFlyer with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 57, p. 18-25.

On June 7, 14, and 15, 2017, the United States Marshals Service attempted to personally serve Ryan Smith with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 57, p. 26-33.

On June 7, 2017, the United States Marshals Service attempted to personally serve Melinda Wegscheid with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 57, p. 34-41.

On June 7, 12, and 15, 2017, the United States Marshals Service attempted to personally serve Eric Sullivan with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 57, p. 42-49.

On June 1, 7, and 12, 2017, the United States Marshals Service attempted to personally serve Donald Tice with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 57, p. 50-57.

/ / /

On May 26, 2017, the United States Attorney's Office served Paul Blattner with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

On May 26, 2017, the United States Attorney's Office served Tracey Rose with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

On May 26, 2017, the United States Attorney's Office served Kevin Montgomery with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

On May 26, 2017, the United States Attorney's Office served Jordan Hatfield, c/o Brian Buster, Esq., with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

On June 30, 2017, the United States Attorney's Office served Chelsea Glauber with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

On June 30, 2017, the United States Attorney's Office served Cathy Slater with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. No. 60.

On June 30, 2017, the United States Attorney's Office served Michael Hull with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

On June 30, 2017, the United States Attorney's Office served Richard Hull with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

///

On June 30, 2017, the United States Attorney's Office served Nicole Tice with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

On June 30, 2017, the United States Attorney's Office served Keller Walling with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

On June 30, 2017, the United States Attorney's Office served Nicole Patouhas with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

On May 26, 2017, the United States Attorney's Office attempted to serve Ali Amirghahari with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. On August 4, 2017, the United States Attorney's Office served Ali Amirghahari with copies of the Preliminary Order of Forfeiture and the Notice through Federal Express. Notice of Filing Service of Process – Mailing, ECF No. 60.

On June 30, 2017, the United States Attorney's Office served Matthew Rollings with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

On June 30, 2017, the United States Attorney's Office served Stephen Fogle with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

On June 30, 2017, the United States Attorney's Office served Laura Speck with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

On June 30, 2017, the United States Attorney's Office served Katie Marsh with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

On June 30, 2017, the United States Attorney's Office served Nolan Cox with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

On June 30, 2017, the United States Attorney's Office served Brian Prokaski with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

On June 30, 2017, the United States Attorney's Office served Jack McGraw with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

On June 30, 2017, the United States Attorney's Office served Amanda McLaws with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

On June 30, 2017, the United States Attorney's Office served Cara Holbrook with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

On June 30, 2017, the United States Attorney's Office served Lesley Estes with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

On June 30, 2017, the United States Attorney's Office served Barry Boren with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

On June 30, 2017, the United States Attorney's Office served Rebecca Weinrib with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

///

///

1 On June 30, 2017, the United States Attorney's Office served David Devito with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

On June 30, 2017, the United States Attorney's Office served Jessica Husson with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

On June 30, 2017, the United States Attorney's Office served Jessica Bowman with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

On June 30, 2017, the United States Attorney's Office served Rich Pfromm with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

On June 30, 2017, the United States Attorney's Office served Sara Demmler with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

On June 30, 2017, the United States Attorney's Office served Raymon Lam with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

On June 30, 2017, the United States Attorney's Office served Eric Sullivan with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

On June 30, 2017, the United States Attorney's Office served Donald Tice with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

/ / /

/ / /

On June 30, 2017, the United States Attorney's Office served Ryan Smith with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

On June 30, 2017, the United States Attorney's Office served Melinda Wegscheid with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

On July 5, 2017, the United States Attorney's Office served Cheryl Borrenphol with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

On July 19, 2017, the United States Attorney's Office served Rei Leigh Harmer with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America:

1. 2010 Black Audi S5, 2 door, Vehicle Identification Number: WAUCVAFR4AA040181, Nevada License Plate No. LVW9K0, registered Owner is Sean C. Sladek, and registered at 1172 Via Petrin, Henderson, Nevada, 89052; and
2. $2,206.07

(all of which constitutes property); and

///

///

7

that the United States recover from Sean Christopher Sladek the in personam criminal forfeiture money judgment of $2,638,143.26, and that the property will be applied toward the payment of the money judgment; and

the forfeiture of the money judgment and the property is imposed pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(p); and Title 21, United States Code, Section 853(n)(7); that the money judgment shall be collected; and that the property and the collected amount shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 10th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE