**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Sean Christopher Sladek

Case No.: 2:16CR00116

**REQUEST FOR TRANSFER OF JURISDICTION**

March 27, 2020

TO: The Honorable Jennifer A. Dorsey
United States District Judge

On October 3, 2017, Mr. Sladek was sentenced by Your Honor to (46) months imprisonment followed by (36) months of supervised release for Wire Fraud. The Court imposed the following special conditions: no victim contact; credit and loan restrictions; financial disclosure; gambling addiction treatment; no gambling; search condition; payment of a $100 special assessment (paid in full); and $1,423,023 restitution (joint and several) at a payment rate of 10% of his gross monthly income.

Mr. Sladek commenced his term of supervision on August 16, 2019 in Austin, Texas where he has remained. Mr. Sladek plans to reside in the Western District of Texas for the duration of his term of supervision. Mr. Sladek is set to expire from supervision on August 15, 2022. The Western District of Texas, Austin Division is requesting jurisdiction to expedite any future compliance matters more effectively that may require the Court's attention.

If Your Honor agrees, please sign the attached Prob. 22. Should the Court have any questions, please contact the undersigned officer at 702-527-7263 or at kevin_rivera@nvp.uscourts.gov

Respectfully submitted,

Digitally signed by
Kevin Rivera
Date: 2020.03.30
15:25:27 -07'00'

Kevin Rivera
United States Probation Officer Assistant

ADDENDUM TO PETITION (Probation Form 12)
RE: Sean Christopher Sladek

Approved:

_____ Todd Fredlund
2020.03.27
16:13:39 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer

| PROB 22 | | DOCKET NUMBER *(Tran. Court)* |
| --- | --- | --- |
| (Rev. 2/88) | | 2:16CR00116 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| | Nevada | U.S. Probation Office |
| Sean Christopher Sladek | NAME OF SENTENCING JUDGE | |
| | Jennifer A. Dorsey | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 8/16/2019 | TO 8/15/2022 |

| OFFENSE |
| --- |
| 18 USC § 1343 Wire Fraud |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____Nevada_____

 IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _Western District of Texas, Austin Division_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

 3/31/2020
 *Date*                                                          *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Western___ DISTRICT OF ___Texas, Austin Division___

 IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

 *Effective Date*                                                          *United States District Judge*